CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

December 23, 2025

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
  DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DUDLEY WARREN TITTLE, JR.,**<br>　　Plaintiff,<br><br>v.<br><br>**DR. C. HURLBURT,**<br>　　Defendant(s). | Civil Action No. 7:25-cv-00713<br><br>**MEMORANDUM OPINION**<br><br>By:　Thomas T. Cullen<br>United States District Judge |

  Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) to pay the filing fee through installments from plaintiff's trust account. By the Amended Order entered October 9, 2025, the court directed plaintiff to submit, within 30 days from the date of the order, a prisoner trust account report (or institutional equivalent) for the months of April, July August, and September of 2025. The prisoner trust account report was to be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined during that period. By later order entered November 12, 2025, the court directed plaintiff to submit the required trust account report (or institutional equivalent) for the 5 days of April 2025. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

  More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b). Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED: December 23, 2025.

/s/ Thomas T. Cullen
───────────────────────────
United States District Judge